■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL BANCHS, Appellant. [801 NYS2d 760]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (D'Emic, J.), imposed August 20, 2003, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed.

Under the circumstances, the defendant's waiver of the right to appeal did not encompass a challenge to his sentence (*see People v Thomas,* 272 AD2d 985, 985-986 [2000]; *People v Shea,* 254 AD2d 512, 513 [1998]; *cf. People v Catu,* 4 NY3d 242, 245 [2005]; *People v Hidalgo,* 91 NY2d 733, 737 [1998]). Nevertheless, the sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Prudenti, P.J., H. Miller, Crane, Ritter and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AMIN BOOKER, Appellant. [801 NYS2d 759]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 26, 2000 (*People v Booker,* 278 AD2d 500 [2000]), affirming (1) a judgment of the Supreme Court, Kings County, rendered September 3, 1998, and (2) an amended sentence of the same court imposed September 24, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Florio, J.P., H. Miller, Schmidt, Santucci and Lifson, JJ., concur.